STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ALVARADO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　　Defendant. | CV F 04-5927 LJO<br><br>STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |

Plaintiff Roberto Alvarado ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for Plaintiff to file and serve his Opening Brief, pursuant to numbered paragraph 6 of the Court's July 2, 2004 Scheduling Order ("Order"), to June 26, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

//
//
//
//
//

1

The reason for the within stipulation is as follows:

Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to file his Opening Brief. This is plaintiff's second request for an extension.

DATED: May 23, 2005         *S/Stuart Barasch*
                            STUART BARASCH, Attorney for
                            Plaintiff Roberto Alvarado


DATED:   May 23, 2005       McGREGOR W. SCOTT
                            United States Attorney

                            *S/ Kimberly A. Gaab*
                            KIMBERLY A. GAAB
                            Assistant United States Attorney
                            Attorneys for Federal Defendant
                            JO ANNE B. BARNHART, Commissioner of
                            Social Security


IT IS SO ORDERED.

**Dated:   May 24, 2005**         /s/ **Lawrence J. O'Neill**
b9ed48                            UNITED STATES MAGISTRATE JUDGE

2