```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7316
 5
    Attorneys for Defendant
 6
 7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                         EASTERN DISTRICT OF CALIFORNIA
 9
10  ROBERTO ALVARDO,              )    1:04-cv-05927 LJO
                                  )
11              Plaintiff,        )    STIPULATION AND
                                  )    ORDER TO EXTEND
12         v.                     )    TIME
                                  )
13  JO ANNE B. BARNHART,          )
    Commissioner of Social        )
14  Security,                     )
                                  )
15              Defendant.        )
    _____)
16
17       The parties, through their respective counsel, stipulate that
18  the time for filing defendant's opposition to plaintiff's opening
19  brief be extended from July 7, 2005 to August 17, 2005.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1     This is the defendant's first request for an extension of time
2 to file a response to plaintiff's opening brief.  Defendant requests
3 the additional time to review the file and prepare a response in
4 this matter.

                                Respectfully submitted,

Dated: July 7, 2005           /s/ Stuart Barasch
                                (As authorized via facsimile)
                                STUART BARASCH
                                Attorney for Plaintiff


Dated: July 7, 2005           McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Kristi C. Kapetan
                                Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   July 12, 2005**          **/s/ Lawrence J. O'Neill**
b9ed48                            UNITED STATES MAGISTRATE JUDGE