```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                         EASTERN DISTRICT OF CALIFORNIA
 9

10  ROBERTO ALVARDO,              )   1:04-cv-05927 LJO
                                  )
11              Plaintiff,        )   STIPULATION AND
                                  )   ORDER TO EXTEND
12         v.                     )   TIME
                                  )
13  JO ANNE B. BARNHART,          )
    Commissioner of Social        )
14  Security,                     )
                                  )
15              Defendant.        )
    _____)
16

17       The parties, through their respective counsel, stipulate that

18  the time for filing defendant's opposition to plaintiff's opening

19  brief be extended from August 17, 2005 to September 20, 2005.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

This is the defendant's second request for an extension of time to file a response to plaintiff's opening brief. Defendant requests the additional time to review the file and prepare a response in this matter.

Respectfully submitted,

Dated: August 5, 2005          /s/ Stuart Barasch
                               (As authorized via facsimile)
                               STUART BARASCH
                               Attorney for Plaintiff


Dated: August 5, 2005          McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Kristi C. Kapetan
                               Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   August 8, 2005**              **/s/ Lawrence J. O'Neill**
b9ed48                          UNITED STATES MAGISTRATE JUDGE