```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERTO ALVARDO,              )    1:04-cv-5927 LJO
                                  )
12               Plaintiff,       )
                                  )    STIPULATION AND ORDER
13       v.                       )    FOR REMAND PURSUANT TO
                                  )    SENTENCE FOUR OF 42 U.S.C.
14  JO ANNE B. BARNHART,          )    § 405(g), and
    Commissioner of Social        )
15  Security,                     )    REQUEST FOR ENTRY OF JUDGMENT
                                  )
16               Defendant.       )
    _____ )
17
```

18      IT IS HEREBY STIPULATED, by and between the parties, through

19 their respective counsel of record, that this action be remanded

20 to the Commissioner of Social Security for further administrative

21 action pursuant to section 205(g) of the Social Security Act, as

22 amended, 42 U.S.C. § 405(g), sentence four.

23      On remand, the Administrative Law Judge ("ALJ") will

24 take the following Action:

25      1.  In order to ascertain which, if any, specific occupations

26 the Plaintiff can perform, the incidence of those occupations, and

27 the <u>Dictionary of Occupational Titles</u> references to those

28 occupations, the administrative law judge ("ALJ") will obtain

1  vocational expert testimony which comports with SSR 83-12 and SSR
2  00-4p.
3      2.   The ALJ shall take any further action necessary to
4  complete the record, and issue a new decision.

                                    Respectfully submitted,

Dated: August 23, 2005              /s/ Stuart Barasch
                                    (As authorized via facsimile)
                                    STUART BARASCH
                                    Attorney for Plaintiff

Dated: August 23, 2005              McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   August 24, 2005**            **/s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES MAGISTRATE JUDGE